No. 14–0214/AF.  U.S. v. Danny W. Newton.  CCA 37882.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.

No. 14–0215/AR.  U.S. v. Maria V. Esguerra.  CCA 20110399.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.

No. 14–0218/AF.  U.S. v. Dustin J. Camp.  CCA 38153.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.

Wednesday, December 4, 2013

No. 13–0522/AF.  U.S. v. David J.A. Gutierrez.  CCA 37913.  On further consideration of this case, it is ordered that said petition is granted on the following additional issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED APPELLANT'S CASE WAS PROPERLY CONSTITUTED.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c) (2012).  The Hearing Notice issued on November 6, 2013, is hereby rescinded.  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 13–0522/AF.  U.S. v. David J.A. Gutierrez.  CCA 37913.  [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 13–0601/AF.  U.S. v. Korey J. Talkington.  CCA 37785.  Appellant's motion to extend time to file a reply granted, *up to and including December 12, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0077/AR.  U.S. v. Robert L. Davis, Jr.  CCA 20120244.  Appellee's motion to file 10–day letter out of time is denied.

No. 14–0219/AF.  U.S. v. Brandon J. Miles.  CCA S32038.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 23, 2013.